IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS MARSHALL
DIVISION

| | | |
|---|---|---|
| **MORPHO KOMODO LLC** | § | |
| | § | |
| Plaintiff, | § | CASE 2:15-cv-1339-JRG-RSP |
| | § | (LEAD CASE) |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| **ACROPRINT TIME RECORDER COMPANY** | § | |
| | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF MORPHO KOMODO, LLC'S NOTICE OF COMPLIANCE REGARDING INFRINGEMENT CONTENTIONS**

Plaintiff Morpho Komodo, LLC ("MK") hereby notifies the Court that they served their infringement contentions against all defendant Morpho Detection, Inc. et al upon Defendant's counsel of record on November 25, 2015 via electronic mail.

Dated: November 25, 2015

Respectfully Submitted,

/s/Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
etorres@ferraiuoli.com

William E. Davis, III
Texas State Bar No. 24047416
**The Davis Firm, PC**
213 N. Freedonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
Morpho Komodo LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 25th day of November, 2015.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
